IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

V.T. CONSTRUCTION, INC., a
Nevada corporation,

        3:14-cv-00128-HDM-WGC

    Plaintiff,

        ORDER

vs.

H2J ENVIRONMENTAL, LLC, *et al.*,

    Defendants.
_____/

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

Dated this 11th day of March, 2014.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE