UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. WISCHMEIER,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br><br>        Defendant.<br>_____/ | 3:13-cv-00504-HDM-WGC<br><br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND<br>RECOMMENDATION |

The court has considered the report and recommendation of the United States Magistrate Judge (#20) filed on September 24, 2014, in which the Magistrate Judge recommends that plaintiff's motion for reversal of the Commissioner's decision (#11) be granted, and that defendant's cross-motion for summary judgment (#18) be denied, and that the decision of the Administrative Law Judge be reversed. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#20). The plaintiff's motion for reversal of the Commissioner's decision (#11) is granted and defendant's cross-motion for summary judgment (#18) is denied. The case is hereby remanded to the ALJ for the calculation and award of benefits.

It is so ORDERED.

Dated this 30th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE